# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE GIBBS**                                      **PLAINTIFF**

v.           No. 3:20-cv-323-DPM-PSH

**TURNKEY; GLENN, Nurse; GIBSO,
Nurse; COX, Crittden Administration;
ANTHONEY, Doctor, Medical Provider,
Greene County Detention Facility;
BAILEY, Registered Nurse, Greene
County Detention Facility; FRANKLEN,
Registered Nurse, Greene County
Detention Facility; and CRITTDEN
Administration, Greene County
Detention Facility**                          **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 7*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gibbs's claims against Cox and Crittden are dismissed without prejudice..

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2020