# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDDIE GIBBS**                                                        **PLAINTIFF**

**v.**                          **No: 3:20-cv-00323 DPM-PSH**

**TURNKEY,** *et al.*[1]                                         **DEFENDANTS**

## ORDER

Plaintiff Eddie Gibbs, an inmate at the Greene County Detention Facility, filed this *pro se* 42 U.S.C. § 1983 action. Having reviewed Gibbs' amended complaint for screening purposes,[2] it appears that service is appropriate with respect to Gibbs' claims against defendants Turnkey, Glenn, Gibson, Franklen, Bailey, and Dr. Anthoney. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5), and summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted through Turn Key Health

---

[1] The Clerk of Court is directed to correct the spelling of defendant Gibson's name.

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

Clinics, LLC, c/o Alexandra G. Ah Loy, General Counsel, 19 NE 50th Street, Oklahoma City, OK 73105.[3]

IT IS SO ORDERED this 17th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If the defendant is no longer a Turn Key employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.