IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE GIBBS                                                                         PLAINTIFF

v.                               No: 3:20-cv-323 DPM

TURNKEY; GLENN, Nurse; GIBSON,
Nurse; ANTHONEY, Doctor;
FRANKLEN, Registered Nurse,
Green County Detention Facility                                           DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Gibbs hasn't updated his address; his mail is still being returned undelivered. *Doc. 23-24 & 28.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' joint motion to dismiss, *Doc. 26,* is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2021