IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE GIBBS                                                                PLAINTIFF

v.                          No: 3:20-cv-323 DPM

TURNKEY; GLENN, Nurse; GIBSON,
Nurse; ANTHONEY, Doctor;
FRANKLEN, Registered Nurse,
Green County Detention Facility                                        DEFENDANTS

## JUDGMENT

Gibbs's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2021